# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRENE JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HARBOR FREIGHT TOOLS USA, INC., et al.,<br><br>        Defendants. | Case No.  1:15-cv-01331---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>Deadline: December 2, 2015 |

On November 2, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 2, 2015.

IT IS SO ORDERED.

Dated:   **November 3, 2015**

UNITED STATES MAGISTRATE JUDGE

1